# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER STEVENS et al,<br><br>　　Plaintiff,<br>v.<br><br>HARVESTON COMMUNITY ASSOCIATION, et al.,<br><br>　　Defendants. | Case No.: 2:17-cv-1337-CBM-KK<br><br>**JUDGMENT**<br><br>JS6 |

Consistent with the Court's Orders regarding Defendants' motions to dismiss the Complaint, judgment is hereby entered in favor of the Defendants and the case is dismissed with prejudice.

DATED: May 3, 2019

　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1